**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Christopher Bailey and Priscilla Peters, Defendants,

Of whom Priscilla Peters is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001076

---

Appeal From Pickens County
W. Marsh Robertson, Family Court Judge

---

Unpublished Opinion No. 2019-UP-025
Submitted January 4, 2019 – Filed January 8, 2019

---

**AFFIRMED**

---

Allyson Sue Rucker, of The Rucker Law Firm, LLC, of
Greenville, for Appellant.

Julie Mahon Rau, of the South Carolina Department of
Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of Alexander Law Firm, LLC, of Pickens, for the Guardian ad Litem.

———————

**PER CURIAM:**  Priscilla Peters appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Peters's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.